# Court of Appeals
# of the State of Georgia

ATLANTA,  March 24, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1135. NORINE CAVE v. SUVIDHA J. SACHDEVA et al.

Norine Cave filed a dental malpractice claim against Suvidha Sachdeval and Cost Dental of Georgia, P. C. ("the defendants"), and the case was tried before a jury. When Cave's expert witness did not arrive to testify, the trial court granted the defendants' motion for a directed verdict. Within 30 days, Cave filed both a motion for new trial and a notice of appeal. The defendants have filed a motion to dismiss the direct appeal, arguing that the pending motion for new trial renders the appeal premature.

A notice of appeal ordinarily divests a trial court of its jurisdiction to act in a case. See *Jones v. State*, 309 Ga. App. 149, 149 (709 SE2d 593) (2011). Where, however, both a notice of appeal and motion for new trial are timely filed, the trial court retains jurisdiction to rule on the motion for new trial, and any appeal is premature. See id. Accordingly, the defendants' motion to dismiss is hereby

GRANTED, and this direct appeal is hereby DISMISSED. See *Auld v. Weaver*, 196 Ga. App. 782, 782 (397 SE2d 51) (1990); *Home Ins. Co. v. Fort Valley Mills*, 132 Ga. App. 15, 15 (207 SE2d 590) (1974).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* ___03/24/2020___
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*